**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter **7**

☐ Check if this is an
amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Extreme Oilfield Rental Services, LLC.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8   1   –   5   0   0   6   5   7   1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2090 FM 1375 East**<br>Number     Street | _____<br>Number     Street |
| | P.O. Box |
| **Huntsville**        **TX**    **77340**<br>City            State    ZIP Code | _____<br>City            State    ZIP Code |
| **Walker**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number     Street |
| | _____<br>City            State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☑ Other.  Specify: **LLC**

---

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 1

Debtor  **Extreme Oilfield Rental Services, LLC.**                    Case number (if known) _____

**7.  Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____   ____   ____   ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Extreme Oilfield Rental Services, LLC.** _____  Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

District _____  When _____  Case number _____
                                          MM / DD / YYYY

District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  **Darrin Blake Rodriguez** _____  Relationship  **self** _____

District  **Southern District of Texas - Houston** _____  When  **07/21/2022** _____
                                                                          MM / DD / YYYY

Case number, if known  **22-32036-H1-7** _____

Debtor _____  Relationship _____

District _____  When _____
                                          MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Extreme Oilfield Rental Services, LLC.**      Case number (if known) _____

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number      Street

_____

_____

City             State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Extreme Oilfield Rental Services, LLC.**_____    Case number (if known) _____

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/12/2023**_____
                  MM / DD / YYYY

X **/s/ Darrin Rodriguez**_____
    Signature of authorized representative of debtor

    **Darrin Rodriguez**_____
    Printed name

    **Owner/President**_____
    Title

**18. Signature of attorney**

X **/s/ Vicky M. Fealy**_____    Date **07/12/2023**_____
    Signature of attorney for debtor                           MM / DD / YYYY

    **Vicky M. Fealy**_____
    Printed name

    **The Fealy Law Firm, P.C.**_____
    Firm name

    **1235 N. Loop West, Suite 1005**_____
    Number       Street

    **Houston**_____    **TX**    **77008**_____
    City                         State   ZIP Code

    **(713) 526-5220**_____    **vfealy@fealylawfirm.com**_____
    Contact phone                 Email address

    **06870120**_____    **TX**_____
    Bar number                  State

**Fill in this information to identify the case**

Debtor name __**Extreme Oilfield Rental Services, LLC.**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of
   debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
                                                                                   account number

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | **$0.00** |

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor  **Extreme Oilfield Rental Services, LLC.**                    Case number (if known) _____
              Name

**Current value of
debtor's interest**

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.    $0.00

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.  Accounts receivable**

11a.  90 days old or less:  _____ – _____ = ............ ➔  _____
                                           face amount        doubtful or uncollectible accounts

11b.  Over 90 days old:  _____ – _____ = ............ ➔  _____
                                           face amount        doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    $0.00

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

**Valuation method
used for current value**      **Current value of
debtor's interest**

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.    $0.00

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor   **Extreme Oilfield Rental Services, LLC.**                    Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                                     $0.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.                                                     $0.00

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor  **Extreme Oilfield Rental Services, LLC.**          Case number (if known) _____
Name

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.

☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                         | $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 8:  Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2007 Dodge 3500 Truck - bought with corporate funds - title was never put in business name** | $3,500.00 | | $3,500.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. **2021 TXBR Trash Trailer** | $4,500.00 | | $4,500.00 |
| 48.2. **2011 Trash Trailer** | $2,500.00 | | $2,500.00 |
| 48.3. **Enclosed Trailer - bought with coporate funds but title not put in business name** | $7,500.00 | | $7,500.00 |

Debtor   **Extreme Oilfield Rental Services, LLC.**                          Case number (if known) _____
         Name

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 2 combo units | $8,500.00 | | $8,500.00 |
| 10 Light towers | $45,000.00 | | $45,000.00 |
| 12 portable restrooms | $3,000.00 | | $3,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                               $74,500.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.                $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

Debtor   **Extreme Oilfield Rental Services, LLC.**                                  Case number (if known) _____
           Name

**61.  Internet domain names and websites**

**62.  Licenses, franchises, and royalties**

**63.  Customer lists, mailing lists, or other compilations**

**64.  Other intangibles, or intellectual property**

**65.  Goodwill**

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.                                 | $0.00 |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 11:  All other assets**

---

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

                                                 **Current value of
debtor's interest**

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                                 | $0.00 |

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **Extreme Oilfield Rental Services, LLC.**          Case number (if known) _____
        Name

<div style="background:black;color:white">**Part 12:**</div> **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $0.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $74,500.00 | |
| 88. **Real property.** Copy line 56, Part 9................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $74,500.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92....................................................................... $74,500.00

**Fill in this information to identify the case:**

Debtor name __**Extreme Oilfield Rental Services, LLC.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☐ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |

**Creditor's mailing address**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☐ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                                       **$0.00**

**Fill in this information to identify the case:**

Debtor    **Extreme Oilfield Rental Services, LLC.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No.  Go to Part 2.
    ☐ Yes.  Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | _____ | _____ |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

Debtor __**Extreme Oilfield Rental Services, LLC.**__          Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
     claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**  **Nonpriority creditor's name and mailing address**

__**Black Star Energy Services, LLC**__

__**PO Box 80124**__

_____

__Midland__                **TX**     __79708__

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Outstanding Debt**__

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,972.95

---

**3.2**  **Nonpriority creditor's name and mailing address**

__**Briggs Equipment**__

__**10540 N. Stemmons Freeway**__

_____

__Dallas__                **TX**     __75220__

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Outstanding Debt**__

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,871.43

---

**3.3**  **Nonpriority creditor's name and mailing address**

__**CBS Rentals**__

__**831 Crossbridge Drive**__

_____

__Spring__                **TX**     __77373__

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Outstanding Debt**__

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,920.83

---

**3.4**  **Nonpriority creditor's name and mailing address**

__**Chase Bank**__

__**PO Box 182051**__

_____

__Columbus__                **OH**     __43218__

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __5__ __0__ __5__ __6__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Bank Overdraft**__

**Is the claim subject to offset?**
☒ No
☐ Yes

$404.00

Debtor   **Extreme Oilfield Rental Services, LLC.**   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5**   Nonpriority creditor's name and mailing address

Goode Towing

5209 South Fort Hood Street

_____

Killeen                TX      76542

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Debt

Is the claim subject to offset?
☑ No
☐ Yes

$14,175.00

**3.6**   Nonpriority creditor's name and mailing address

Herc Rentals Inc.

27500 Riverview Center Blvd.

_____

Bonita Springs         FL      34134

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Debt

Is the claim subject to offset?
☑ No
☐ Yes

$37,493.17

**3.7**   Nonpriority creditor's name and mailing address

Kirby-Smith Machinery Inc.

8505 S. Central Express

_____

Dallas                 TX      75241

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Debt

Is the claim subject to offset?
☑ No
☐ Yes

$18,405.13

**3.8**   Nonpriority creditor's name and mailing address

LVNV Funding LLV.

Resurgent Capital Services

PO Box 10587

Greenville             SC      29603-0587

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Outstanding Debt

Is the claim subject to offset?
☑ No
☐ Yes

$324.75

Debtor   **Extreme Oilfield Rental Services, LLC.**                           Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

| **3.9** | Nonpriority creditor's name and mailing address |

**Mac Odom**

**66 Kalyn Road**

_____

**Huntsville**                    **TX**      **77340**

Date or dates debt was incurred          _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Partner**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: Unknown**

---

| **3.10** | Nonpriority creditor's name and mailing address |

**Trenton Lasiter**

**104 W College Street**

_____

**Nacogdoches**                  **TX**      **75965**

Date or dates debt was incurred          _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Investor Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $85,000.00**

---

| **3.11** | Nonpriority creditor's name and mailing address |

**United Rentals (North America) Inc.**

**2301 Texas Avenue S.**

_____

**College Station**              **TX**      **77840-4631**

Date or dates debt was incurred          _____

Last 4 digits of account number      **7** **4** **6** **7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Outstanding Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $291,220.19**

---

| **3.12** | Nonpriority creditor's name and mailing address |

**US Small Business Administration**

**409 3rd St., SW Street**

_____

**Washington**                   **DC**      **20416**

Date or dates debt was incurred          _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**SBA Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $55,000.00**

---

Debtor   **Extreme Oilfield Rental Services, LLC.**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40,000.00 |

*Check all that apply.*

**William Seth Oliver**
**23454 CR 223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Arp                               TX      75750        **Investor Agreement**

**Date or dates debt was incurred**        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

Debtor   __**Extreme Oilfield Rental Services, LLC.**_____   Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **457th Judicial District Court** **Montgomery County, Texas** **PO Box 2985** **Conroe       TX     77305** | Line __**3.11**__ ☐ Not listed.  Explain: | **0  9  2  8** |
| **4.2** **457th Judicial District Court** **Montgomery County, Texas** **PO Box 2985** **Conroe       TX     77305** | Line __**3.7**__ ☐ Not listed.  Explain: | **6  6  0  7** |
| **4.3** **Adaptive Recovery** **PO Box 926144** **Houston       TX     77018** | Line __**3.3**__ ☐ Not listed.  Explain: | __ __ __ __ |
| **4.4** **Barnett & Garcia** **3821 Juniper Trace #108** **Austin       TX     78738** | Line __**3.11**__ ☐ Not listed.  Explain: | __ __ __ __ |
| **4.5** **Brad J. Davidson Law Firm, PC** **12405 Quaker Avenue** **Lubbock       TX     79424** | Line __**3.1**__ ☐ Not listed.  Explain: | __ __ __ __ |
| **4.6** **Hicks Law Group** **325 N. St. Paul Street #4400** **Dallas       TX     75201** | Line __**3.7**__ ☐ Not listed.  Explain: | __ __ __ __ |

Debtor   **Extreme Oilfield Rental Services, LLC.** _____   Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | Midland County Court<br>500 Loraine Street<br><br>Midland          TX     79701 | Line __3.1__<br>☐ Not listed.  Explain: | 3  8  7  7 |
| 4.8 | The James Firm<br>Attorney At Law<br>1316 5th Avenue<br>Fort Worth          TX     76104 | Line __3.1__<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.9 | The Law Offices of Mark Kirkorsky<br>1119 W. Southern Ave., 2nd Floor<br><br>Mesa          AZ     85210 | Line __3.11__<br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor     __**Extreme Oilfield Rental Services, LLC.**_____     Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.   **Total claims from Part 1**                          5a. _____**$0.00**

5b.   **Total claims from Part 2**                          5b. **+** _____**$619,787.45**

5c.   **Total of Parts 1 and 2**                            5c.  | **$619,787.45** |
Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name __**Extreme Oilfield Rental Services, LLC.**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number (if known) _____   Chapter __**7**__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **month to month leasehold in equipment storage space Contract to be REJECTED** | **WTC Commericial Investments, LLC** |
|---|---|---|---|
| | | | **PO Box 458** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Banquete          TX          78339** |

**Fill in this information to identify the case:**

Debtor name **Extreme Oilfield Rental Services, LLC.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.***  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  Codebtor | Column 2:  Creditor |
|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.1  Darrin Rodriguez** | **2090 FM 1375 E** <br> Number      Street <br><br> **Huntsville          TX    77340** <br> City                          State   ZIP Code | **Black Star Energy Services, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.2  Darrin Rodriguez** | **2090 FM 1375 E** <br> Number      Street <br><br> **Huntsville          TX    77340** <br> City                          State   ZIP Code | **Briggs Equipment** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.3  Darrin Rodriguez** | **2090 FM 1375 E** <br> Number      Street <br><br> **Huntsville          TX    77340** <br> City                          State   ZIP Code | **CBS Rentals** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.4  Darrin Rodriguez** | **2090 FM 1375 E** <br> Number      Street <br><br> **Huntsville          TX    77340** <br> City                          State   ZIP Code | **Chase Bank** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor        **Extreme Oilfield Rental Services, LLC.**                    Case number (if known) _____

| ██ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:*  **Codebtor** | | | *Column 2:*  **Creditor** | |

| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.5 | Darrin Rodriguez | **2090 FM 1375 E**<br>Number        Street<br><br>**Huntsville**        **TX**   **77340**<br>City                         State   ZIP Code | **Goode Towing** | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | Darrin Rodriguez | **2090 FM 1375 E**<br>Number        Street<br><br>**Huntsville**        **TX**   **77340**<br>City                         State   ZIP Code | **Herc Rentals Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 | Darrin Rodriguez | **2090 FM 1375 E**<br>Number        Street<br><br>**Huntsville**        **TX**   **77340**<br>City                         State   ZIP Code | **Kirby-Smith Machinery Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Darrin Rodriguez | **2090 FM 1375 E**<br>Number        Street<br><br>**Huntsville**        **TX**   **77340**<br>City                         State   ZIP Code | **LVNV Funding LLV.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | Darrin Rodriguez | **2090 FM 1375 E**<br>Number        Street<br><br>**Huntsville**        **TX**   **77340**<br>City                         State   ZIP Code | **Mac Odom** | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Darrin Rodriguez | **2090 FM 1375 E**<br>Number        Street<br><br>**Huntsville**        **TX**   **77340**<br>City                         State   ZIP Code | **Trenton Lasiter** | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Darrin Rodriguez | **2090 FM 1375 E**<br>Number        Street<br><br>**Huntsville**        **TX**   **77340**<br>City                         State   ZIP Code | **United Rentals (North America) Inc.** | ☐ D<br>☑ E/F<br>☐ G |

Debtor __**Extreme Oilfield Rental Services, LLC.**__ Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.12 | Darrin Rodriguez | **2090 FM 1375 E** <br> Number      Street | **US Small Business Administration** | ☐ D  ☑ E/F  ☐ G |
| | | **Huntsville**          **TX**   **77340** <br> City                    State   ZIP Code | | |
| 2.13 | Darrin Rodriguez | **2090 FM 1375 E** <br> Number      Street | **William Seth Oliver** | ☐ D  ☑ E/F  ☐ G |
| | | **Huntsville**          **TX**   **77340** <br> City                    State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name **Extreme Oilfield Rental Services, LLC.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

## Part 1:   Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.   **Real property:**
    Copy line 88 from Schedule A/B.................................................................................... | **$0.00**

    1b.   **Total personal property:**
    Copy line 91A from Schedule A/B................................................................................. | **$74,500.00**

    1c.   **Total of all property**
    Copy line 92 from Schedule A/B.................................................................................. | **$74,500.00**

## Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... | **$0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | **$0.00**

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ | **+ $619,787.45**

4.   **Total liabilities**
Lines 2 + 3a + 3b.................................................................................................... | **$619,787.45**

**Fill in this information to identify the case and this filing:**

Debtor Name **Extreme Oilfield Rental Services, LLC.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/12/2023**          X **/s/ Darrin Rodriguez**
　　　　　　MM / DD / YYYY          Signature of individual signing on behalf of debtor

**Darrin Rodriguez**
Printed name

**Owner/President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**Extreme Oilfield Rental Services, LLC.**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.   Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

**From the beginning of the fiscal year to filing date:**  From __01/01/2023__ to   Filing date
MM / DD / YYYY

☑ Operating a business
☐ Other _____

$0.00

**For prior year:**  From __01/01/2022__ to __12/31/2022__
MM / DD / YYYY   MM / DD / YYYY

☑ Operating a business
☐ Other _____

$709,002.00

**For the year before that:**  From __01/01/2021__ to __12/31/2021__
MM / DD / YYYY   MM / DD / YYYY

☑ Operating a business
☐ Other _____

$831,162.00

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor   **Extreme Oilfield Rental Services, LLC.**                    Case number (if known) _____
_____
Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|------------|----------------|-----------------------------------|----------------|
| 7.1. **United Rentals (North America) Inc vs. Extreme Oilfield Rental Services, LLC and Darrin Rodriguez** | **Breach of contract/Services/Debt Claim Action** | **in the 457th Judicial District Court** <br> Name <br> **Montgomery County, Texas** <br> Street <br> **PO Box 2985** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> **22-07-09028** | | **Conroe**  **TX**  **77305** <br> City  State  ZIP Code | |
| 7.2. **Kirby-Smith Machinery Inc. vs. Extreme Oilfield Rental Services, LLC and Darrin Rodriguez** | **Breach of contract/Services/Debt Claim Action** | **In the 457th Judicial District Court** <br> Name <br> **Montgomery County, Texas** <br> Street <br> **PO Box 2985** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> **22-05-06607** | | **Conroe**  **TX**  **77305** <br> City  State  ZIP Code | |

Debtor    **Extreme Oilfield Rental Services, LLC.**                                          Case number (if known) _____
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Black Star Energy Services, LLC vs. Extreme Oilfield Rental Services, LLC and Darrin Rodriguez** | **Breach of contract/Services/Debt Claim Action** | **Midland County Court**<br>Name<br>**500 N. Loraine Street**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**CC23877** | | **Austin        TX     78701**<br>City                State   ZIP Code | |

8.  Assignments and receivership

    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ☑ None

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| **1 45kw generator - stolen from debtors property somwhere in 1/2023 - 2/2023** | | | **$6,500.00** |

Debtor   **Extreme Oilfield Rental Services, LLC.**
Name                                                  Case number (if known) _____

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Fealy Law Firm, P.C.** | | **6/27/2023** | **$4,838.00** |
| | **Address** | | **$2500.00** | |
| | **1235 N. Loop West, Suite 1005** | | **07/10/2023** | |
| | Street | | **$2338.00** | |
| | | | | |
| | **Houston**      **TX**    **77008** | | | |
| | City              State    ZIP Code | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor  **Extreme Oilfield Rental Services, LLC.**          Case number (if known) _____
        Name

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
        ☐ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **First State Bank of Bedias**<br>Name<br><br>**22201 Highway 90 North**<br>Street<br><br><br>**Bedias**       **TX**   **77831**<br>City                State  ZIP Code | **XXXX-** _0_ _6_ _6_ _0_ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **5/16/2022** | **$0.00** |

---

Debtor  **Extreme Oilfield Rental Services, LLC.**                   Case number (if known) _____
_____
Name

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **First Financial Bank** <br> Name <br><br> **PO Box 701** <br> Street <br><br><br> **Abilene**   **TX**   **79604** <br> City   State   ZIP Code | XXXX- **3** **4** **4** **1** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **1/2023** | **$0.00** |

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **Chase Bank** <br> Name <br><br> **PO Box 182051** <br> Street <br><br><br> **Columbus**   **OH**   **43218** <br> City   State   ZIP Code | XXXX- **5** **0** **5** **6** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **9/2022** | **($404.00)** |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

Debtor  **Extreme Oilfield Rental Services, LLC.**                     Case number (if known) _____
Name

---

**Part 12:**   **Details About Environmental Information**

---

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☒ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes. Provide details below.

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **Helix Construction, LLC**<br>Name<br>**2090 FM 1375 E**<br>Street<br><br>**Huntsville         TX    77340**<br>City                State   ZIP Code | construction<br>50% ownership interest | Do not include Social Security number or ITIN.<br><br>EIN: 8  5 – 2  2  6  0  8  4  8<br><br>**Dates business existed**<br>From  7/30/2020    To   present |
| 25.2. | **Texacan Waste Solutions**<br>Name<br>**2090 FM 1375 E.**<br>Street<br><br>**Huntsville         TX    77340**<br>City                State   ZIP Code | waste | Do not include Social Security number or ITIN.<br><br>EIN: 8  7 – 3  7  8  1  3  7  7<br><br>**Dates business existed**<br>From  12/01/2021   To   present |

Debtor  **Extreme Oilfield Rental Services, LLC.**                    Case number (if known) _____
         Name

| | | | |
|---|---|---|---|
| 25.3. | **Business name and address**<br>**Camanche Oilfield Services**<br>Name<br>**2090 FM 1375 E.**<br>Street | **Describe the nature of the business**<br>Services<br>**50% ownership interest** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: _9_ _2_ – _0_ _8_ _7_ _6_ _1_ _7_ _8_ |

**Huntsville**        **TX**   **77340**                  **Dates business existed**
City                 State   ZIP Code

                                                        From  _10/31/2022_   To   _present_

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor    **Extreme Oilfield Rental Services, LLC.**                          Case number (if known) _____
_____Name_____

**30.   Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.   Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.   Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor   **Extreme Oilfield Rental Services, LLC.**                    Case number (if known) _____
          Name

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is
true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/12/2023**
            MM / DD / YYYY


**X** **/s/ Darrin Rodriguez**                                            Printed name   **Darrin Rodriguez**
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor   **Owner/President**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Extreme Oilfield Rental Services, LLC.**

Case No.  _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................Fixed Fee: | **$4,838.00** |
| Prior to the filing of this statement I have received........................................................ | **$4,838.00** |
| Balance Due.................................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:
   ☒ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor            ☐ Other (specify)

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**motions to dismiss, objections, amendments, motions for relief from stay, motions to void liens, motions to sell property, adversary proceedings, objections to discharge.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **07/12/2023** | **/s/ Vicky M. Fealy** | |
| --- | --- | --- |
| *Date* | *Vicky M. Fealy* | Bar No.  06870120 |
| | The Fealy Law Firm, P.C. | |
| | 1235 N. Loop West, Suite 1005 | |
| | Houston, TX 77008 | |
| | Phone: (713) 526-5220 / Fax: (713) 526-5227 | |

---

**/s/ Darrin Rodriguez**

*Darrin Rodriguez*
*Owner/President*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Extreme Oilfield Rental Services, LLC.**                    CASE NO

                                                                        CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/12/2023 _____          Signature   **/s/ Darrin Rodriguez** _____
                                                          *Darrin Rodriguez*
                                                          *Owner/President*

Date _____          Signature   _____

457th Judicial District Court
Montgomery County, Texas
PO Box 2985
Conroe, TX 77305


Adaptive Recovery
PO Box 926144
Houston, TX 77018


Barnett & Garcia
3821 Juniper Trace #108
Austin, TX 78738


Black Star Energy Services, LLC
PO Box 80124
Midland, TX 79708


Brad J. Davidson Law Firm, PC
12405 Quaker Avenue
Lubbock, Texas 79424


Briggs Equipment
10540 N. Stemmons Freeway
Dallas, TX 75220


CBS Rentals
831 Crossbridge Drive
Spring, TX 77373


Chase Bank
PO Box 182051
Columbus, OH 43218


ChexSystems
Attn:  Consumer Relations
7805 Hudson Road, #100
Saint Paul, MN 55125

Darrin Rodriguez
2090 FM 1375 E
Huntsville, TX 77340


Equifax Information Services
P. O. Box 740256
Atlanta, GA 30374


Experian
P. O. Box 2002
Allen, TX 75013


Goode Towing
5209 South Fort Hood Street
Killeen, TX 76542


Herc Rentals Inc.
27500 Riverview Center Blvd.
Bonita Springs, FL 34134


Hicks Law Group
325 N. St. Paul Street #4400
Dallas, TX 75201


Internal Revenue Service
Insolvency Group
1919 Smith Street
Stop 5024 Hou
Houston, TX 77002

Internal Revenue Service
Centralized Insolvency Division
P. O. Box 7346
Philadelphia, PA 19101-7346


Kirby-Smith Machinery Inc.
8505 S. Central Express
Dallas, TX 75241

LVNV Funding LLV.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


Mac Odom
66 Kalyn Road
Huntsville, TX 77340


Midland County Court
500 Loraine Street
Midland, TX 79701


Telechek
5251 Westheimer Rd., Suite B100
Houston, TX 77056


The James Firm
Attorney At Law
1316 5th Avenue
Fort Worth, TX 76104


The Law Offices of Mark Kirkorsky
1119 W. Southern Ave., 2nd Floor
Mesa, AZ 85210


TransUnion
P. O. Box 2000
Crum Lynne, PA 19022


Trenton Lasiter
104 W College Street
Nacogdoches, TX 75965


United Rentals (North America) Inc.
2301 Texas Avenue S.
College Station, TX 77840-4631

United States Attorney
District Counsel
8701 S. Gessner, Suite 710
Houston, TX 77074


United States Attorney
910 Travis, Suite 1500
P. O. Box 61129
Houston, TX 77208


United States Attorney General
United States Dept of Justice
Room D327, 10th & Constitution Avenue, N
Washington, DC 20530


US Small Business Administration
409 3rd St., SW Street
Washington, DC 20416


William Seth Oliver
23454 CR 223
Arp, TX 75750


WTC Commericial Investments, LLC
PO Box 458
Banquete, TX 78339

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: **Extreme Oilfield Rental Services, LLC.**                    CASE NO

                                                                     CHAPTER   **7**


## BUSINESS INCOME AND EXPENSES


FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:                    **$0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                              **$0.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
|   3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
|   4. Payroll Taxes: | **$0.00** |
|   5. Unemployment Taxes: | **$0.00** |
|   6. Worker's Compensation: | **$0.00** |
|   7. Other Taxes: | **$0.00** |
|   8. Inventory Purchases (including raw materials): | **$0.00** |
|   9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$0.00** |
| 12. Office Expenses and Supplies: | **$0.00** |
| 13. Repairs and Maintenance: | **$0.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | **None** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$0.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):                    **$0.00**